**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 94-381** |
| **v.** | * | **SECTION: "B"** |
| **LEN DAVIS, ET AL.** | * | |
| | * * * | |

**MOTION TO SUBSTITUE COUNSEL**

**NOW INTO COURT** comes the United States of America, appearing herein through the undersigned Assistant United States Attorney, and respectfully requests that this Court enter an Order allowing Assistant United States Attorneys Tracey N. Knight and Kevin G. Boitmann to be substituted as counsel of record for the United States of America.

**WHEREFORE**, undersigned counsel respectfully requests that Assistant United States Attorneys Tracey N. Knight and Kevin G. Boitmann be substituted as counsel of record for the United States of America and, further, that Mark A. Miller and Michael E. McMahon be withdrawn as counsel for the Government.

Respectfully submitted,

DAVID I. COURCELLE
UNITED STATES ATTORNEY

*/s/ Tracey N. Knight*
TRACEY N. KNIGHT
Assistant United States Attorney
Louisiana Bar Roll No. 23165

*/s/ Kevin G. Boitmann*
KEVIN G. BOITMANN
Assistant United States Attorney
Louisiana Bar Roll No. 26203
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
Telephone: (504) 680-3000
Email:  tracey.knight@usdoj.gov
           kevin.boitmann@usdoj.gov

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 26, 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all defense counsel of record.

*/s/ Tracey N. Knight*
TRACEY N. KNIGHT
Assistant United States Attorney