**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

UNITED STATES OF AMERICA     \*     CRIMINAL NO. 94-381

v.     \*     SECTION: "B"

LEN DAVIS, ET AL.     \*

\*    \*    \*

**O R D E R**

Considering the foregoing Motion to Substitute Counsel;

**IT IS ORDERED** that Assistant United States Attorney Tracey N. Knight and Kevin G. Boitmann be and are hereby substituted as counsel of record for the United States of America in the above-captioned matter.

**IT IS FURTHER ORDERED** that Mark A. Miller and Michael E. McMahon be and are hereby withdrawn as counsel of record in the above-captioned matter for the United States of America.

New Orleans, Louisiana, this _____ day of January, 2026.

_____
HONORABLE IVAN L.R. LEMELLE
UNITED STATES DISTRICT JUDGE