**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**UNITED STATES OF AMERICA**                          **CRIMINAL ACTION**

**VERSUS**                                                            **NO. 94-381**

**LEN DAVIS, ET AL**                                         **SECTION "B"**

## ORDER

Considering the plaintiff's Motion to Substitute Counsel (Rec. Doc. 2509),

**IT IS ORDERED** that the motion (Rec. Doc. 2509) is **GRANTED**, and that Tracey N. Knight and Kevin G. Boitmann are hereby substituted for Mark A. Miller and Michael E. McMahon as counsel of record for plaintiff in the above-captioned matter;

**IT IS FURTHER ORDERED** that Mark A. Miller and Michael E. McMahon are **WITHDRAWN** as counsel of record for plaintiff in the above-captioned matter.

New Orleans, Louisiana, this 28th day of January 2026

_____
SENIOR UNITED STATES DISTRICT JUDGE

1